IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-CV-00559-AWI-LJO-P |
|     Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF JUNE 19, 2006 [Document #6] |
|     vs. | |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS [Document #5] |
|     Defendants. / | |

       Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

       On May 18, 2006, Magistrate Lawrence J. O'Neill submitted Findings and Recommendations to United States District Judge Anthony W. Ishii to dismiss Plaintiff's case as it not only fails to state a claim for relief, but the allegations are frivolous.

       On June 15, 2006, plaintiff filed a motion for an extension of time to file objections to the Findings and Recommendation. Good cause having been presented to the court, Plaintiff shall be granted an extension of time to file objections.

       On June 19, 2006, the court issued in error, a second Findings and Recommendations. Due to the pending Findings and Recommendation of May 18, 2006, the Findings and Recommendation of June 19, 2006, shall be VACATED.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation of June 19, 2006, is VACATED;

2. Plaintiff is granted ELEVEN (11) days from the date of service of this order in which to file objections to the Findings and Recommendation of May 18, 2006.

IT IS SO ORDERED.

**Dated:**    **June 28, 2006**                       /s/ Lawrence J. O'Neill
b6edp0                                           UNITED STATES MAGISTRATE JUDGE