UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-cv-00559-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 3) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | |
| Defendant. | |

Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 18, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On June 15, 2006, Plaintiff filed a motion to extend time. On June 28, 2006, the Court granted Plaintiff an additional eleven (11) days within which to respond. To date, Plaintiff has

1

1 | not filed objections to the Magistrate Judge's Findings and
2 | Recommendations.
3 |     In accordance with the provisions of 28 U.S.C.
4 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
5 | <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
6 | entire file, the Court finds the Findings and Recommendations to
7 | be supported by the record and by proper analysis.
8 |     Accordingly, IT IS HEREBY ORDERED that:
9 |     1.   The Findings and Recommendations, filed May 18, 2006,
10 | are ADOPTED IN FULL; and,
11 |     2.   The instant case is DISMISSED in its entirety as
12 | DUPLICATIVE of case nos. 1:06-cv-00429-AWI-SMS-P, 1:06-cv-00441-
13 | OWW-SMS-P, 1:06-cv-00471-AWI-LJO-P, 1:06-cv-00485-OWW-LJO-P,
14 | FAILS TO STATE A CLAIM upon which relief can be granted and
15 | because the allegations are FRIVOLOUS.

IT IS SO ORDERED.

**Dated:   September 28, 2006**           /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE